UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| PHILLIP LEE GREEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV408-234 |
| | ) |
| WILLIAM TERRY and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF GEORGIA, | ) |
| | ) |
| Respondents. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 14th day of July, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA